UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  
KEVIN AND LAURIE SWETLAND

CASE NO: 10-59090  
CHAPTER: 13  
HONORABLE: TUCKER

Debtor(s)
_____/

## ORDER CONFIRMING PLAN

The Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. S1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of <u>FREGO AND BRODSKY</u>, attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of <u>$fee app</u> in fees and $ <u>fee app</u> in expenses and that the portion of such claim which has not already been paid, to-wit: $<u>fee app</u> shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. S502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows:

[X] CitiFinancial Auto Credit shall be treated as a Class 5 Secured claim in the amount of $10,000.00 with payments of $189.86 per month for 60 months at 5.25% interest per annum, balance of the deficiency shall be paid as a Class 8 General Unsecured Claim.

[X] Jackson Community Federal Credit Union shall be treated as a Class 5 Secured claim in the amount of $9,743.65 at 5.25% interest per annum.

[X[ Class 1 Administrative Fees shall be paid at $1,000.00 in the first month and $500.00 per month thereafter until paid in full.

[X] The Debtors' Chapter 13 plan payments shall increase <u>to $537.00 per bi-weekly</u> starting <u>November 18th, 2010</u>.

[X] If the Debtor husband become they shall amend schedule I and if necessary, schedule J.

[X] The IRS shall be treated pursuant to their proof of claim.

**APPROVED:**

**OBJECTIONS WITHDRAWN**

_____  
U.S. BANKRUPTCY JUDGE

/s/ Tammy L. Terry  
TAMMY L. TERRY  
CH 13 STANDING TRUSTEE  
535 GRISWOLD, SUITE 2100  
DETROIT, MI 48226  
313.967.9857

/s/ Kurt Steinke  
FOR CREDITOR:  
CitiFinancial Auto Credit

/s/ Kim Lubinski  
FOR CREDITOR:  
Jackson Community Fed. C.U.

/s/ Glen Turpening  
JAMES P. FREGO (P55727)  
GLEN TURPENING (P65230)  
23843 Joy Road  
Dearborn Heights, MI 48127  
(313) 565-4252  
Jpfrego1@yahoo.com

Signed on November 24, 2010

/s/ Thomas J. Tucker  
Thomas J. Tucker  
United States Bankruptcy Judge